No. 64260.—Charles R. Gracie & Sons, Inc. *v.* United States, protest 59/16748 (New York)

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.